175598.1

Milton Springut, Esq. (MS6571)
David A. Kalow, Esq. (DK0712)
Tal S. Benschar, Esq. (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
Tel: (212) 813-1600
Fax: (212) 813-9600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VAN CLEEF & ARPELS, S.A., and
VAN CLEEF & ARPELS, INC.

    Plaintiffs,

v.

QVC, INC.,

    Defendant.
------------------------------------------------------------x

Civil Action

No.

**DISCLOSURES PURSUANT TO RULE 7.1 AND LOCAL CIVIL RULE 1.9**

Pursuant to Federal Rules of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Compagnie Financiere Richemont, S.A.

    Richemont S.A., Luxembourg

        Respectfully submitted,
        KALOW & SPRINGUT LLP

Dated: June 4, 2008      By: _____
            Milton Springut (MS6571)
            Tal S. Benschar (TSB0838)