Milton Springut, Esq. (MS6571)
David A. Kalow, Esq. (DK0712)
Tal S. Benschar, Esq. (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue, Suite 1900
New York, New York 10022
Tel: (212) 813-1600
Fax: (212) 813-9600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VAN CLEEF & ARPELS, S.A., and
VAN CLEEF & ARPELS, INC.         :     Civil Action
                                 :
              Plaintiffs,        :     No. 08-CIV-5167
                                 :
v.                               :
                                 :
QVC, INC.,                       :
                                 :
              Defendant.         :
-----------------------------------------------------------x

## PROOF OF SERVICE OF DEFENDANT QVC, INC.

**TAL S. BENSCHAR** declares that:

1. I am a partner with Kalow & Springut LLP, counsel for Plaintiffs in the above action. I make this declaration as proof of service of Defendant QVC, Inc.

2. On or about June 4, 2008, I ascertained from the online corporate records of the Delaware Secretary of State that Defendant QVC, Inc. is a Delaware corporation and has a registered agent named Corporation Service Company.

3.   On that same day, I phoned the registered agent and asked if they would accept service of a Summons and Complaint by overnight courier. The agent I spoke with agreed to accept service in such manner.

4.   Accordingly on June 6, 2008, I served a copy of the Summons and Complaint via Federal Express upon Corporation Service Company as the registered agent for Defendant QVC, Inc. A true copy of the cover letter is appended hereto as Proof of Service Exhibit A. The online records of Federal Express show receipt of the package on or about June 9, 2008. A true copy of a printout from the Federal Express website showing receipt of such package is appended hereto as Proof of Service Exhibit B. Thus, Defendant QVC, Inc. was served through its registered agent on or about June 9, 2008.

5.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2008　　　　　　　　　　By: _____
New York, New York　　　　　　　　　　　　　　Tal S. Benschar

# KALOW & SPRINGUT LLP
## ATTORNEYS AT LAW

488 MADISON AVENUE • NEW YORK, NY 10022
212 813-1600 • FAX 212 813-9600 • INFO@CREATIVITY-LAW.COM

Tal S. Benschar
tbenschar@creativity-law.com

**VIA FEDERAL EXPRESS**
June 6, 2008

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
Attn: Registered Agent Dept.

Re: Service of Summons and Complaint upon QVC, Inc.
*Van Cleef & Arpels, S.A., et al. v. QVC, Inc.*
Civil Action No. 08-CIV-5167

Dear Sir or Madam:

We hereby serve you with a Summons, Complaint, Rule 7.1 Statement and Contention of Related case in the above action as the registered agent for QVC, Inc.

For your convenience, we also enclose a printout from the Delaware Secretary of State showing the pertinent information for such corporation.

Sincerely,

Tal S. Benschar
TSB/sb

Encl.

cc: Jacqueline Lesser, Esq. (via Federal Express)

**PROOF OF SERVICE**
**EXHIBIT A**

Track Shipments/FedEx Kinko's Orders  
### Detailed Results

❓ Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 792711516959 | **Reference** | VCA 0034 |
| **Signed for by** | G.KIRBY | **Destination** | WILMINGTON, DE |
| **Ship date** | Jun 6, 2008 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jun 9, 2008 7:06 AM | **Service type** | First Overnight Envelope |
| | | **Weight** | 0.5 lbs. |

**Status** Delivered

**Signature image available** Yes

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 9, 2008 | 7:06 AM | Delivered | WILMINGTON, DE | |
| | 6:41 AM | On FedEx vehicle for delivery | NEW CASTLE, DE | |
| Jun 7, 2008 | 9:27 AM | At local FedEx facility | NEW CASTLE, DE | Package not due for delivery |
| | 8:49 AM | At local FedEx facility | NEW CASTLE, DE | |
| | 6:16 AM | At dest sort facility | PHILADELPHIA, PA | |
| | 6:08 AM | Departed FedEx location | NEWARK, NJ | |
| Jun 6, 2008 | 9:28 PM | Left origin | NEW YORK, NY | |
| | 7:14 PM | Picked up | NEW YORK, NY | |
| | 11:17 AM | Package data transmitted to FedEx | | |

[Signature proof] [E-mail results] [Track more shipments/orders]

**Subscribe to tracking updates (optional)**

Your name: [          ]          Your e-mail address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format: ◉ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions       [Submit]

# PROOF OF SERVICE
# EXHIBIT B