UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VAN CLEEF & ARPELS, S.A., and
VAN CLEEF & ARPELS, INC.

       Plaintiffs,

    v.

QVC, INC.

       Defendant.
-----------------------------------------------------------x

**Civil Action No.
08 CV 5167 (SAS)**

**ECF**

## DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant certifies that Liberty Media Corporation, a publicly traded company, possibly through one or more of its intermediaries owns 100% of the stock of QVC, Inc. QVC, Inc. has no other corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated:    New York, New York
            July 7, 2008

                                                               **COLUCCI & UMANS**

                                                               By: *Frank J. Colucci*
                                                                 Frank J. Colucci (FC-8441)
                                                                 David M. Dahan (DD-5864)
                                                                 218 East 50th Street
                                                                New York, New York 10022
                                                                Telephone: (212) 935-5700
                                                                Facsimile: (212) 935-5728
                                                                Email: email@colucci-umans.com

                                                                Attorneys for Defendant